■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD KILCULLEN, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Vogt, J.), rendered September 26, 1980, convicting him of criminal sale of a controlled substance in the second degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the fourth degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the convictions of criminal possession of a controlled substance in the third and fourth degrees, and the sentences imposed thereon, and the said counts are dismissed. As so modified, judgment affirmed (see CPL 300.40, subd 3, par [b]; *People v Miles,* 58 AD2d 634; *People v Knox,* 85 AD2d 643, mot for lv to app den 56 NY2d 597). Gibbons, J. P., Bracken, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM LEWIS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Myerson, J.), rendered January 21, 1982, convicting him of unlawful imprisonment in the second degree, criminal trespass in the second degree, criminal possession of a weapon in the third degree and menacing, after a nonjury trial, and sentencing him to concurrent jail terms of six months, six months, six months and three months, respectively. Judgment modified, as a matter of discretion in the interests of justice, by reducing the sentences imposed to concurrent terms of five years' probation on the criminal possession of a weapon charge, three years' probation on the unlawful imprisonment and criminal trespass charges, and one year's probation on the menacing charge. As so modified, judgment affirmed, and matter remitted to Criminal Term for the imposition of appropriate conditions of probation, and for further proceedings pursuant to CPL 460.50 (subd 5). The sentences were excessive to the extent indicated. We have considered the other arguments raised by the defendant and have found them to be without merit. Damiani, J. P., Titone, Lazer and Mangano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY McCUTCHEON, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered October 15, 1981, convicting him of attempted robbery in the first degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on this appeal. Defendant was granted two extensions of time to file a *pro se* brief but has failed to do so. Counsel is granted leave to withdraw as counsel (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Damiani, Lazer and Mangano, JJ., concur.